SEYFARTH SHAW LLP
Andrew M. Paley (SBN 149699)
apaley@seyfarth.com
John T. Ayers-Mann (SBN 348249)
jayers-mann@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

SEYFARTH SHAW LLP
Coby M. Turner (SBN 266298)
cturner@seyfarth.com
Jeffrey A. Nordlander (SBN 308929)
jnordlander@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814-4428
Telephone:  (916) 448-0159
Facsimile:   (916) 558-4839

Attorneys for Defendant
DEPLOYED SERVICES, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MENDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DEPLOYED SERVICES, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. '23CV1351 BAS BGS<br><br>**DECLARATION OF DARYL WHITAKER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>San Diego County Superior Court Case No. 37-2023-00025850-CU-OE-CTL<br><br>Action Filed:      June 21, 2023<br>Complaint Served: June 23, 2023 |

DECLARATION OF DARYL WHITAKER

I, Daryl Whitaker, declare and state as follows:

1. I make this declaration in support of DEPLOYED SERVICES, LLC's ("DS") Notice of Removal. I have personal knowledge of the facts contained in this declaration. If called as a witness, I could testify competently as to the facts stated in this declaration.

2. I am employed by DS. I currently hold the position of Vice President of Human Resources and have held this position since approximately October 3, 2022. In this capacity, I supervise the Human Resources function at DS, including overseeing personnel in our human resources systems who have direct access to and control over the personnel records of current and former employees of DS, and who can pull reports of information on employee compensation, pay rates, and hours worked. I directed DS personnel to retrieve the information and reports from DS's payroll and human resources system necessary to identify the information contained in this declaration, have reviewed the information used to pull this data, and am familiar with the information contained herein.

3. DS was organized under the laws of the State of Nevada. DS's principal place of business is not located in California. DS's high-level executives reside in and control the operations of DS from several states and locations on the East Coast of the United States, including New Hampshire, South Carolina, Tennessee, and the Washington DC area. None of DS's executive and administrative functions occur in California.

4. Based on my position and experience, I have access to DS's employee records. The employee records are maintained at or near the time the information was collected, kept in course of regularly conducted activity of DS, and maintained as part of DS's regular business practice. I have reviewed the relevant portions of Roberto Mendez's records. Plaintiff Roberto Mendez has been employed by DS in California and was actively working between approximately January 2023 to April 2023. When Mr. Mendez applied for employment with DS, he listed a California address on his job

1 application. Throughout his employment with DS, he maintained a California address on file for purposes of his personnel file, payroll checks, state payroll, and tax withholdings. The employee records were searched for Mr. Mendez, and the results showed that his last known address is in California.

5. As noted above, in my role, I supervise the Human Resources function at DS and the individuals that have direct access to DS's electronic payroll system reports and electronic databases regarding DS's employees. The records maintained in these systems and databases contain information made at or near the time the information was collected, kept in the course of regularly conducted activity of DS and maintained as part of DS's regular business practice. I have reviewed these relevant employment and compensation information for current and former employees of DS that was gathered and prepared at my direction.

6. Based on my review of company records, I am aware that the approximate number of hourly, non-exempt employees employed in California between December 1, 2022, to July 16, 2023, is approximately 719.

7. The total number of pay periods for these employees during this time period is approximately 9,530. There is one wage statement issued per pay period, and the pay periods are weekly.

8. Based on my review of company records, I am aware of the approximate number of shifts worked by the hourly, non-exempt employees employed in California by DS for the time period of December 1, 2022, to July 16, 2023. The approximate numbers of shifts worked by the hourly, non-exempt employees which were longer than 3.5 hours was 36,574. Of those 36,574 shifts, 32,519 shifts were five hours or longer. The average last hourly rate of pay earned by California non-exempt employees during this time period is $19.97.

9. Based on my review of company records, I am aware of the approximate number of hourly, non-exempt employees employed by DS in California, and who separated from their employment or stopped working for DS during the time period of

December 1, 2022 to July 16, 2023. The approximate number of such employees is 255. Based on my review of company records, I am aware that the approximate average last base hourly rate of pay of these former hourly, non-exempt employees in California between December 1, 2022, and July 16, 2023, was approximately $19.41 per hour.

I declare under penalty of perjury under the laws of the State of California and the District of Columbia and the United States that the foregoing is true and correct.

Executed on July 24, 2023.

*Daryl Whitaker*
Daryl Whitaker

---

3
DECLARATION OF DARYL WHITAKER

96826372v.1